**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                       **Case No. 8:05-cr-264-T-27EAJ**

**WESILANDY CEBALLOS,**

    **Defendant.**
_____/

## O R D E R

THIS CAUSE is before the court on Wesilandy Ceballos's **Motion to Set Bond and Request for New Detention Hearing** (Doc.57). By this motion the Defendant seeks release on a secured bond with additional conditions, proposing that such conditions are adequate to assure his appearance at further proceedings in this cause. The government opposes the request. (Doc. 69).

The Defendant stands indicted on a single count of conspiracy to commit offenses against the United States in violation of 18 U.S.C. § 371. In particular, the Defendant is alleged to have participated in a conspiracy to operate a prostitution ring within the Middle District of Florida. The maximum term of imprisonment on this offense is five years. There are no statutory presumptions regarding the matter of the Defendant's release by reason of this conspiracy allegation. The Defendant was born in the Dominican Republic, but is a permanent resident of the United States with a pending application for naturalization to become a citizen of the United States. While the Defendant has ties to the Dominican Republic, as reflected in the Pretrial Services report, he also has long-standing and significant ties to the Middle District of Florida, including a number of family members and legitimate

business activity.  Mr. Ceballos proposes the use of two pieces of real property located within the Middle District of Florida to secure a release order with equity totaling in excess of $200,000.  All the owners to the properties agree to co-sign on the bond.  The Defendant has a relatively minor criminal history.

In opposition the government urges that this is inadequate given that it has filed a bill of particulars announcing that it is seeking a forfeiture money judgment in excess of $4,000,000 against the Defendant by reason of his activity within this prostitution ring.  It also argues that two of the Defendant's relatives are fugitives in this cause, having not been arrested since the presentment of the Indictment.  However, the government does not challenge the properties offered by this motion to secure the Defendant's release and it does not appear that either is subject to forfeiture in this matter.

At present, the Defendant is entitled to a presumption of innocence on the instant charge and there are no statutory presumptions militating against release in this matter.  The only issue is whether or not the conditions presented are sufficient to secure his appearance at further proceedings in this cause.  Upon consideration, given the nature of the allegations, the Defendant's significant ties to the Middle District of Florida, his lack of significant criminal history, and adequate security to secure his release, I find that they are.  Accordingly the **Motion to Set Bond and Request for New Detention Hearing** (Doc.57) is **GRANTED** to the extent that the court will enter an order of release with conditions.  Upon the Defendant

satisfying those conditions, he shall be released pending further proceedings in this cause.

**Done and Ordered** in Tampa, Florida, this 5th day of December 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stephen Muldrow, Assistant United States Attorney
Jose Rodriguez, Counsel for Defendant
U.S.Pretrial